**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| **TRAVIS HAWKINS**<br>2718 Egret Way<br>Frederick, Maryland 21701<br><br>    *Plaintiff,*<br><br>v.<br><br>**MONTGOMERY COUNTY BOARD OF EpuCATION**<br>850 Hungerford Drive<br>Room 156<br>Rockville, Maryland 20850<br><br>    *Defendant.* | Civil Action No.: _____ |

## COMPLAINT AND JURY DEMAND

Plaintiff Travis Hawkins, by and through undersigned counsel, Timothy F. Maloney, Alyse L. Prawde, and Joshua Bienstock, sues Defendant Montgomery County Board of Education (the "Board") for cause, claims, and damages, and in support thereof states as follows:

## INTRODUCTION

The Board terminated Mr. Hawkins as Northwest High School's ("Northwest") Head Football Coach on October 12, 2022, after he was assaulted by William Gant, Gaithersburg High School's ("Gaithersburg") former Athletics Director. Mr. Hawkins was attacked by Mr. Gant during a brawl (the "Brawl") that broke out between Northwest and Gaithersburg's football teams during a football game on September 16, 2022. Mr. Gant initiated physical contact with Mr. Hawkins by placing his hands around Mr. Hawkins' neck and choking him. Mr. Hawkins did not provoke Mr. Gant in any way, and Mr. Gant's conduct was shocking.

1

The Board's termination of Mr. Hawkins, who is black, was the result of the Board's racial animus and was done to protect Mr. Gant, who is white, from the negative repercussions of his actions. The video evidence of the incident is clear: Mr. Gant attacked Mr. Hawkins without cause or justification while Mr. Hawkins' back was turned.[1] Montgomery County Public Schools ("MCPS") did not terminate Mr. Gant despite his abhorrent conduct and instead terminated Mr. Hawkins on October 12, 2022. The termination was unjustified and discriminatory.

## PARTIES

1.      Plaintiff Travis Hawkins was the Head Coach of Northwest's football team from 2021-2022. He formerly played football at Quince Orchard High School, the University of Maryland, the University of Delaware, and for the New England Patriots in the National Football League. He was wrongfully terminated by the Board after being attacked by Mr. Gant during the Brawl. Mr. Hawkins currently resides at 2718 Egret Way, Frederick, Maryland 21701.

2.      Defendant Montgomery County Board of Education is the public school district serving Montgomery County, Maryland and contains 210 schools. It is the largest school district in the state of Maryland and has its office located at 850 Hungerford Drive, Rockville, Maryland 20850. The Board employed Mr. Hawkins as Northwest's head football coach during the time giving rise to this cause of action.

## JURISDICTION AND VENUE

3.      The events giving rise to this action occurred in the State of Maryland, specifically within Montgomery County, Maryland.

---

[1] Christian Flores, *Police charge 4 juveniles, 1 man for brawl at Northwest v. Gaithersburg football game*, ABC7 NEWS, https://wjla.com/news/local/four-juveniles-one-adult-arrested-for-brawl-at-northwest-vs-gaithersburg-high-school-football-game-police-montgomery-county-police-montgomery-county-public-schools (Sept. 19, 2022).

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because certain claims made by Plaintiff allege a violation of 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964.

5.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as the acts, events, and omissions giving rise to Plaintiff's claims occurred in Montgomery County, Maryland.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.      Mr. Hawkins timely filed his Charge of Discrimination with the Maryland Commission on Civil Rights on March 29, 2023, and with the Equal Employment Opportunity Commission ("EEOC") on March 30, 2023.

7.      The EEOC issued the Notice of Right to File Suit on February 25, 2026.

8.      All statutory prerequisites for bringing this action have been timely satisfied.

### FACTS COMMON TO ALL COUNTS

9.      Mr. Hawkins is a decorated football player and coach who grew up in Montgomery County, Maryland.

10.      He played football at Quince Orchard High School where he received All-American Honors.

11.      Mr. Hawkins was diagnosed with spinal stenosis in 2009. Spinal stenosis is a condition caused by wear-and-tear damage of the spine which erodes the backbone, leading to pain, tingling, numbness, and muscle weakness.

12.      He was recruited to play at the collegiate level following high school and initially played at University of Maryland for former head football coach Ralph Friedgen, before transferring to the University of Delaware.

13. Following college, Mr. Hawkins played for the New England Patriots in the National Football League ("NFL") during the 2014 season.

14. He then played in the Canadian Football League ("CFL") from 2015-2017.

15. After retiring from professional football, Mr. Hawkins pursued a career in coaching and began applying to various openings in Maryland, D.C., and Virginia.

16. The Board hired Mr. Hawkins as Northwest's head football coach in February 2021 because of his excellent credentials, playing career, and reputation.

17. Mr. Hawkins was one of only three black football coaches in MCPS at that time.

18. His staff was the only all-black staff in MCPS.

19. Mr. Hawkins was a role model for his student-athletes and for others in the community. Mr. Hawkins started a big brother program in September 2022, which included his student-athletes being mentors to at-risk students at the feeder middle schools. He also regularly engaged in community meetings with Maryland State Delegate Greg Wims to address gun violence in the community.

**The September 16, 2022 Brawl**

20. A brawl broke out between Northwest's and Gaithersburg's football teams during a football game on September 16, 2022.

21. Mr. Hawkins and his staff immediately attempted to deescalate the Brawl by directing Northwest's players to their sideline.

22. After several minutes, Mr. Hawkins' attempts to deescalate the Brawl were successful and each team began to head to their respective sidelines.

23.     Mr. Hawkins, believing the Brawl to be over, began walking to Northwest's sideline to address his team when he heard an unknown individual behind him loudly and aggressively exclaim, "I got this."

24.     Mr. Hawkins did not see the individual and had no knowledge of what would happen next.

25.     As Mr. Hawkins turned in response to the loud and aggressive shout, he immediately felt a hand grab his neck and begin choking him.



26.     Notably, Mr. Hawkins' head and neck are particularly sensitive to physical contact because of his spinal stenosis.

27.     Mr. Hawkins instinctively swiped the hand away and pushed the aggressor to defend himself.

28.     At this time, Mr. Hawkins was still unaware of who choked him, but later learned that it was William Gant, Gaithersburg's Athletic Director.

29.     Notably, Mr. Gant is white.

30.     Mr. Hawkins had not interacted with Mr. Gant at any time that night, and the two did not come into contact or speak during the Brawl.

31.     The Brawl reignited after Mr. Gant choked Mr. Hawkins, and the game was subsequently cancelled as a result.

32.     The September 16, 2022 Brawl was the second brawl involving Gaithersburg's football team in two years, both of which occurred under Mr. Gant's tenure.

33.     The first brawl occurred in October 2021, when Gaithersburg played Watkins Mill High School.

34.     The September 16, 2022 Brawl immediately attracted news coverage and attention throughout the County and State and continues to garner media coverage to this day.

35.     Northwest's Athletic Director, Jody Tyler, immediately demanded that Mr. Hawkins and his staff write statements about the incident.

36.     Ms. Tyler demanded that the statements be provided to her before 9 a.m. the next morning.

37.     Mr. Hawkins complied and submitted a statement the night of the Brawl.

38.     The statement accurately asserted that Mr. Gant attacked him.

39.     Ms. Tyler immediately discredited Mr. Hawkins' claim, despite the fact that the incident was witnessed by large numbers of people and captured on film.

40.     She then noted that Mr. Hawkins was the aggressor, despite clear video evidence to the contrary and Mr. Hawkins' truthful statement that he was attacked.

41.     Mr. Gant is a personal friend of Ms. Tyler and was not required to submit a statement at any time.

42.     In fact, he has not made a statement about the incident to this day.

43. The morning after the Brawl, on Saturday, September 17, 2022, Mr. Hawkins sent Ms. Tyler a text message stating that he was planning to press charges against Mr. Gant because Mr. Gant had assaulted him.

44. Approximately 45 minutes after Mr. Hawkins sent the text message to Ms. Tyler, Mr. Hawkins received a call from Northwest's principal, Scott Smith.

45. Mr. Smith said that he heard from Ms. Tyler that Mr. Hawkins was planning to press charges. Mr. Smith then told Mr. Hawkins that he was being suspended.

46. After the call with Mr. Smith, Mr. Hawkins went to the City of Gaithersburg Police Department and filed a police report, stating that he was the victim of assault.

47. Mr. Hawkins began feeling a tingling sensation down the right side of his arm that day. He recognized that the assault had triggered his spinal stenosis.

48. The following day, on Sunday, September 18, 2022, Ms. Tyler met with Mr. Hawkins' coaching staff and informed them that Mr. Hawkins had been suspended. During the meeting, Ms. Tyler stated that Mr. Gant was a friend of hers and that he would never do anything to hurt Mr. Hawkins.

49. A member of Mr. Hawkins' coaching staff told Ms. Tyler at that meeting that Mr. Gant had in fact grabbed Mr. Hawkins' neck in an effort to hurt him.

50. Following the call from Mr. Smith, Mr. Hawkins was not contacted by the Board or any Northwest employees for three weeks.

51. Northwest players, parents, students, and community members created a petition to reinstate Mr. Hawkins during this time. The petition garnered 5,000 signatures.

52. Despite this, Mr. Hawkins was not reinstated and continued to remain uninformed about the status of his tenure and the Board's intentions.

53. On September 20, 2022, Mr. Hawkins learned that Mr. Gant had pressed charges against him.

54. Mr. Gant had no basis to press charges against Mr. Hawkins, as it was Mr. Gant who had assaulted Mr. Hawkins.

55. In Mr. Gant's statement of charges, he identified only Ms. Tyler and Principal Smith as the witnesses that Mr. Hawkins had allegedly assaulted him.

56. On October 10, 2022, after several weeks of silence from MCPS, Mr. Hawkins wrote a tweet about the incident on Twitter/X.

57. He tagged several local correspondents and reporters, and the tweet garnered significant attention.

58. He then participated in an interview with NBC where he discussed the Brawl, Mr. Gant's attack, and his suspension.

59. MCPS terminated Mr. Hawkins just two days later on October 12, 2022.

60. Mr. Hawkins' termination was discriminatory and retaliatory.

61. Oddly, MCPS scrubbed all footage of the incident from the internet, deleting the game's video from multiple websites including NFHS, a national database of game footage used for collegiate recruiting.

62. Mr. Hawkins was later informed that Mr. Gant, the undisputed aggressor who violently choked Mr. Hawkins, was not terminated from his position. Rather, his position was simply "vacated."

63. This decision was made because Mr. Gant is white and a tenured MCPS employee.

64.     Mr. Gant maintained his employment with MCPS and was subsequently transferred to a different school.

65.     He is still employed with MCPS as a physical education teacher.

66.     On October 13, 2022, the State's Attorney's Office for Montgomery County informed Mr. Hawkins that the criminal charges against him were going to be dismissed. The criminal charges were dismissed *nolle prosequi* on October 17, 2022.

67.     On October 14, 2022, Ms. Tyler approached Mr. Hawkins outside of a football game. She apologized to Mr. Hawkins for what happened to him. While crying, she said that, after Mr. Hawkins told her the day after the Brawl that he was planning to press charges against Mr. Gant, she repeated that to "someone," which she said she should not have done.

68.     On October 21, 2022, Mr. Hawkins attempted to attend a Northwest football game at Quince Orchard High School, where Mr. Hawkins is in the inaugural athletic hall of fame. He was denied entry to the game by Principal Smith and Quince Orchard's principal.

69.     Mr. Hawkins' coaching career was derailed by his termination and MCPS' conduct.

70.     Mr. Hawkins has been turned down from coaching positions that he is otherwise qualified to obtain because of the Board's discriminatory treatment and the stigma it has created.

71.     He has been told that, while qualified, he would not be hired because of his termination.

72.     One such position was head football coach of Mount Vernon High School in Alexandria, Virginia.

73.     After someone else was hired as head football coach, Mount Vernon High School interviewed Mr. Hawkins for a defensive coordinator position.

74. Mount Vernon High School staff informed Mr. Hawkins that his resume was excellent, but that they were unlikely to hire him because of his termination and the surrounding media coverage.

75. Mr. Hawkins similarly applied for a position as a football coach at Our Lady of Good Counsel High School in Olney, Maryland.

76. Mr. Hawkins learned that the Good Counsel Athletic Director was not moving forward with interviewing him because of his termination.

77. Mr. Hawkins was not offered a job with Mount Vernon High School or Good Counsel High School as a direct result of Defendant's discriminatory termination.

78. Mr. Hawkins has also suffered from emotional distress, including anxiety and depression, because of his termination.

79. He resigned as Defensive Coordinator of Dr. Henry A. Wise Jr. High School's football team after coaching one game because of the anxiety and depression stemming from his termination and his disparate treatment by the Board.

80. Mr. Hawkins timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), which was cross filed with the Maryland Commission on Civil Rights ("MCCR"), due to his discriminatory termination.

81. The EEOC Charge was transferred to the MCCR on October 3, 2023, pursuant to the EEOC and MCCR's work-sharing agreement.

82. The charge is still pending before the MCCR.

**COUNT I**
**Violation of Montgomery County Code § 27-19 –**
**Unlawful Race-Based Discrimination**

83.     Plaintiff incorporates and re-alleges the foregoing paragraphs as if fully alleged herein.

84.     Montgomery County Code § 27-19 prohibits "discriminat[ing] against any individual with respect to compensation, terms, conditions, or privileges of employment because of the individual's race." *Belfior v. Merchant Link, LLC*, 236 Md. App. 32, 44–45 (2018) (internal quotations omitted).

85.     Specifically, § 27-19 states:

A person must not because of the race, color, religious creed, ancestry, national origin, age, sex, marital status, sexual orientation, gender identity, family responsibilities, or genetic status of any individual or disability of a qualified individual, or because of any reason that would not have been asserted but for the race, color, religious creed, ancestry, national origin, age, sex, marital status, disability, sexual orientation, gender identity, family responsibilities or genetic status…discharge any individual, or otherwise discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment…

Montg. Cnty Code, § 27-19(a).

86.     Md. Code Ann., State Gov't § 20-1202 prohibits violation of County discrimination laws:

In accordance with this section, a person that is subjected to a discriminatory act prohibited by the county code may bring and maintain a civil action against the person that committed the alleged discriminatory act for damages, injunctive relief, or other civil relief.

Md. Code Ann., State Gov't § 20-1202(a).

87.     Mr. Hawkins is black and is a member of a protected class.

88.     Mr. Hawkins was a local standout athlete and formerly played football at the University of Maryland, University of Delaware, the NFL, and the CFL before medically retiring.

11

89.    Defendant hired Mr. Hawkins to serve as Northwest's head football coach in 2021.

90.    Mr. Hawkins employed an entirely black coaching staff, and his staff was one of the only all-black coaching staffs in MCPS at that time.

91.    On September 16, 2022, Mr. Gant, who is white, attacked Mr. Hawkins during the Brawl.

92.    This was the second brawl involving Gaithersburg's football team under Mr. Gant's tenure. The first brawl occurred in 2021 between Gaithersburg and Watkins Mill High School.

93.    During the September 16, 2022 brawl, Mr. Gant approached Mr. Hawkins from behind without any provocation or justification, shouted "I got this," and began choking Mr. Hawkins.

94.    Mr. Hawkins had not spoken to or come into contact with Mr. Gant at any time that night before Mr. Hawkins was attacked.

95.    Northwest's Athletics Director Jody Tyler ordered Mr. Hawkins and his staff to submit statements immediately after the incident.

96.    Mr. Hawkins submitted a statement that same night which accurately stated that Mr. Gant attacked him.

97.    Ms. Tyler, who is a close personal friend of Mr. Gant, discredited Mr. Hawkin's statement and noted Mr. Hawkins as the aggressor.

98.    This determination was plainly untrue and is contradicted by video footage of the Brawl.

99.    Mr. Gant was not required to submit any statement about his attack on Mr. Hawkins or the Brawl and never did so.

100.    Mr. Hawkins was terminated as Northwest's football coach on October 12, 2022.

101.    Mr. Gant, who was white, was not terminated from his position as Gaithersburg's Athletics Director. Rather, he was simply "vacated" from his position.

102.    Mr. Gant still works for Montgomery County Public Schools as of the date of this filing.

103.    The Board's termination of Mr. Hawkins was discriminatory and the result of its disparate treatment of Mr. Hawkins based upon his race. *Belfiore*, 236 Md. App. at 45 (stating that disparate treatment occurs when an employer "treats some people less favorably than others because of their race, color, religion, sex, or national origin.").

104.    As the factual allegations articulated above exhibit, which are adopted and incorporated herein by reference, Mr. Hawkins' termination occurred under circumstances that raise a reasonable inference of unlawful race-based discrimination.

105.    Motivated at least in part by Mr. Hawkins' race, Defendant took adverse action against him by terminating him in violation of the Montgomery County Code.

106.    Defendant treated Mr. Hawkins worse on account of his race and ultimately terminated him at least in part because of his race.

107.    Mr. Hawkins is eminently qualified to coach football.

108.     However, Mr. Hawkins' coaching career has been derailed because of Defendant's discriminatory conduct.

109.    He has been turned down from jobs that he is otherwise qualified to obtain because of the Board's conduct.

110.    This consequence is exemplified by the statements of Mount Vernon High School's staff who told Mr. Hawkins that he would not be interviewed to coach the Mount Vernon High

School's football team despite his excellent qualifications because of his termination and resulting press.

111.    Mr. Hawkins has also suffered from anxiety and depression as a result, which has further hindered his coaching career and everyday life and caused Mr. Hawkins to resign as Defensive Coordinator of Dr. Henry A. Wise, Jr. High School.

112.    Mr. Hawkins has suffered significant damage as a result of Defendant's conduct, including, but not limited to, economic loss, emotional and mental distress, anguish, embarrassment, reputational harm, and humiliation.

113.    Defendant's actions, by and through the conduct of its agents, directly and proximately caused all injuries and damages sought herein.

114.    Defendant committed this race-based discrimination against Mr. Hawkins knowingly, intentionally, and maliciously.  As a result, Mr. Hawkins is entitled to an award of economic damages, plus interest, compensatory and punitive damages, litigation costs, and reasonable attorneys' fees.

WHEREFORE, the Plaintiff Travis Hawkins demands (a) judgment against Defendant Montgomery County Board of Education; (b) economic damages, compensatory damages, and punitive damages in an amount to be proven at trial but in no event less than $75,000; (c) reasonable attorneys' fees and costs; and (d) such further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

## COUNT II
### Violation of Md. Code Ann., State Gov't § 20-606
### Unlawful Race-Based Discrimination

115.    Plaintiff incorporates and re-alleges the foregoing paragraphs as if fully alleged herein.

14

116. Md. Code Ann., State Gov't § 20-606 prohibits discrimination based on race, color, religion, or sex:

(a) An employer may not:

(1) fail or refuse to hire, discharge, or otherwise discriminate against any individual with respect to the individual's compensation, terms, conditions, or privileges of employment because of:

(i) the individual's race, color, religion, sex, age, national origin, marital status, sexual orientation, gender identity, genetic information, military status, or disability unrelated in nature and extent so as to reasonably preclude the performance of the employment…

Md. Code Ann., State Gov't § 20-606(a)(1)(i).

117. Mr. Hawkins is black and is a member of a protected class.

118. Mr. Hawkins was a local standout athlete and formerly played football at the University of Maryland, University of Delaware, the NFL, and the CFL before medically retiring.

119. Defendant hired Mr. Hawkins to serve as Northwest's head football coach in 2021.

120. Mr. Hawkins employed an entirely black coaching staff, and his staff was one of the only all-black coaching staffs in MCPS at that time.

121. On September 16, 2022, Mr. Gant, who is white, attacked Mr. Hawkins during the Brawl.

122. This was the second brawl involving Gaithersburg's football team under Mr. Gant's tenure.

123. The first brawl occurred in 2021 between Gaithersburg and Watkins Mill High School.

124. During the September 16, 2022 brawl, Mr. Gant approached Mr. Hawkins from behind without any provocation or justification, shouted "I got this," and began choking Mr. Hawkins.

125. Mr. Hawkins had not spoken to or come into contact with Mr. Gant at any time that night before he was attacked.

126. Northwest's Athletics Director Jody Tyler ordered Mr. Hawkins and his staff to submit statements immediately after the incident.

127. Mr. Hawkins submitted a statement that same night which accurately stated that Mr. Gant attacked him.

128. Ms. Tyler, who is a close personal friend of Mr. Gant, discredited Mr. Hawkin's claim and noted Mr. Hawkins as the aggressor.

129. This was plainly untrue and is contradicted by video footage of the Brawl.

130. Mr. Gant was not required to submit any statement about his attack on Mr. Hawkins, or the Brawl, and never did so.

131. Mr. Hawkins was terminated as Northwest's football coach on October 12, 2022.

132. Mr. Gant, who was white, was not terminated from his position as Gaithersburg's Athletics Director.

133. Rather, he was simply "vacated" from his position.

134. Mr. Gant still works for Montgomery County Public Schools as of the date of this filing.

135. The Board's termination of Mr. Hawkins was discriminatory and the result of its disparate treatment of Mr. Hawkins. *Belfiore*, 236 Md. App. at 45 (stating that disparate treatment

occurs when an employer "treats some people less favorably than others because of their race, color, religion, sex, or national origin.").

136. Defendant treated Mr. Hawkins worse on account of his race and ultimately terminated him at least in part because of his race.

137. Mr. Hawkins is eminently qualified to coach football.

138. Yet, Mr. Hawkins' coaching career has been derailed because of Defendant's discriminatory conduct.

139. He has been turned down from jobs that he is otherwise qualified to obtain because of the Board's conduct.

140. This consequence is exemplified by the statements of Mount Vernon High School's staff who told Mr. Hawkins that he would not be interviewed to coach the Mount Vernon High School's football team despite his excellent qualifications because of his termination and resulting press. Mount Vernon High School did not hire Mr. Hawkins.

141. Mr. Hawkins has also suffered from anxiety and depression which have further hindered his coaching career and everyday life and caused Mr. Hawkins to resign as Defensive Coordinator of Dr. Henry A. Wise, Jr. High School.

142. Mr. Hawkins has suffered significant damage as a result of Defendant's conduct, including, but not limited to, economic loss, emotional and mental distress, anguish, embarrassment, reputational harm, and humiliation.

143. Defendant's actions, by and through the conduct of its agents, directly and proximately caused all injuries and damages sought herein.

144. Defendant committed this race-based discrimination against Mr. Hawkins knowingly, intentionally, and maliciously. As a result, Mr. Hawkins is entitled to an award of

economic damages, plus interest, compensatory and punitive damages, litigation costs, and reasonable attorneys' fees.

WHEREFORE, the Plaintiff Travis Hawkins demands (a) judgment against Defendant Montgomery County Board of Education; (b) economic damages, compensatory damages, and punitive damages in an amount to be proven at trial but in no event less than $75,000; (c) reasonable attorneys' fees and costs; and (d) such further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

### COUNT III
**Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.***
**(Discrimination on the Basis of Race)**

145.    Plaintiff incorporates and re-alleges the foregoing paragraphs as if fully alleged herein.

146.    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, *et seq.***,** prohibits employment discrimination based on race, color, relegation, sex, and national origin.

147.    Defendant qualifies as an employer under Title VII, and had an obligation to provide Mr. Hawkins and all employees a workplace free of unlawful discrimination.

148.    Defendant violated Title VII by terminating Mr. Hawkins because of his race.

149.    Defendant further discriminated against Mr. Hawkins by treating him differently than other Board employees because of his race.

150.    Mr. Hawkins is black and is a member of a protected class.

151.    Defendant hired Mr. Hawkins to serve as Northwest's head football coach in 2021.

152.    Mr. Hawkins employed an entirely black coaching staff, and his staff was one of the only all black coaching staffs in MCPS at that time.

153.    On September 16, 2022, Mr. Gant, who is white, attacked Mr. Hawkins during the Brawl.

154.    This was the second brawl involving Gaithersburg's football team under Mr. Gant's tenure. The first brawl occurred in 2021 between Gaithersburg and Watkins Mill High School.

155.    During the September 16, 2022 brawl, Mr. Gant approached Mr. Hawkins from behind without any provocation or justification, shouted "I got this," and began choking Mr. Hawkins.

156.    Mr. Hawkins had not spoken to or come into contact with Mr. Gant at any time that night before he was attacked.

157.    Northwest's Athletics Director Jody Tyler ordered Mr. Hawkins and his staff to submit statements immediately after the incident.

158.    Mr. Hawkins submitted a statement that same night which accurately stated that Mr. Gant attacked him.

159.    Ms. Tyler, who is a close personal friend of Mr. Gant, discredited Mr. Hawkin's claim and noted Mr. Hawkins as the aggressor.

160.    This determination was plainly untrue and is contradicted by video footage of the Brawl.

161.    Mr. Gant was not required to submit any statement about his attack on Mr. Hawkins, or the Brawl, and never did so.

162.    Mr. Hawkins was terminated as Northwest's football coach on October 12, 2022.

163.    Mr. Gant, who was white, was not terminated from his position as Gaithersburg's Athletics Director. Rather, he was simply "vacated" from his position.

164. Mr. Gant still works for Montgomery County Public Schools as of the date of this filing.

165. The Board's termination of Mr. Hawkins was discriminatory and the result of its disparate treatment of Mr. Hawkins.

166. Defendant treated Mr. Hawkins worse on account of his race and ultimately terminated him at least in part because of his race.

167. Mr. Hawkins is eminently qualified to coach football.

168. Yet, Mr. Hawkins' coaching career has been derailed because of Defendant's discriminatory conduct.

169. He has been turned down from jobs that he is otherwise qualified to obtain because of the Board's conduct.

170. This consequence is exemplified by the statements of Mount Vernon High School's staff who told Mr. Hawkins that he would not be interviewed to coach the Mount Vernon High School football team despite his excellent qualifications because of his termination and resulting press. Mount Vernon High School did not hire Mr. Hawkins.

171. Mr. Hawkins has also suffered from anxiety and depression which have further hindered his coaching career and everyday life and caused Mr. Hawkins to resign as Defensive Coordinator of Dr. Henry A. Wise, Jr. High School.

172. Mr. Hawkins has suffered significant damage as a result of Defendant's conduct, including, but not limited to, economic loss, emotional and mental distress, anguish, embarrassment, reputational harm, and humiliation.

173. Defendant's actions, by and through the conduct of its agents, directly and proximately caused all injuries and damages sought herein.

174.	Defendant committed this race-based discrimination against Mr. Hawkins knowingly, intentionally, and maliciously.  As a result, Mr. Hawkins is entitled to an award of economic damages, plus interest, compensatory and punitive damages, litigation costs, and reasonable attorneys' fees.

WHEREFORE, the Plaintiff Travis Hawkins demands (a) judgment against Defendant Montgomery County Board of Education; (b) economic damages, compensatory damages, and punitive damages in an amount to be proven at trial but in no event less than $75,000; (c) reasonable attorneys' fees and costs; and (d) such further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

**<u>COUNT IV</u>**
**Discriminatory Termination in Violation of 42 U.S.C. § 1981**

175.	Plaintiff incorporates and re-alleges the foregoing paragraphs as if fully alleged herein.

176.	42 U.S.C. § 1981 prohibits discrimination against an employee because of a person's race.

177.	Defendant qualifies as an employer under 42 U.S.C. § 1981, and Defendant had a legal obligation to provide Plaintiff and all employees a workplace free of unlawful discrimination.

178.	Defendant discriminated against Mr. Hawkins, who is black, because of his race in violation of 42 U.S.C. § 1981 by terminating him because of his race.

179.	Defendant further discriminated against Mr. Hawkins by treating him differently than other Board employees because of his race.

180.	Defendant hired Mr. Hawkins to serve as Northwest's head football coach in 2021.

21

181. Mr. Hawkins employed an entirely black coaching staff, and his staff was one of the only all black coaching staffs in MCPS at that time.

182. On September 16, 2022, Mr. Gant, who is white, attacked Mr. Hawkins during the Brawl.

183. This was the second brawl involving Gaithersburg's football team under Mr. Gant's tenure. The first brawl occurred in 2021 between Gaithersburg and Watkins Mill High School.

184. During the September 16, 2022 brawl, Mr. Gant approached Mr. Hawkins from behind without any provocation or justification, shouted "I got this," and began choking Mr. Hawkins.

185. Mr. Hawkins had not spoken to or come into contact with Mr. Gant at any time that night before he was attacked.

186. Northwest's Athletics Director Jody Tyler ordered Mr. Hawkins and his staff to submit statements immediately after the incident.

187. Mr. Hawkins submitted a statement that same night which accurately stated that Mr. Gant attacked him.

188. Ms. Tyler, who is a close personal friend of Mr. Gant, discredited Mr. Hawkin's claim and noted Mr. Hawkins as the aggressor.

189. This determination was plainly untrue and is contradicted by video footage of the Brawl.

190. Mr. Gant was not required to submit any statement about his attack on Mr. Hawkins, or the Brawl, and never did so.

191. Mr. Hawkins was terminated as Northwest's football coach on October 12, 2022.

192. Mr. Gant, who was white, was not terminated from his position as Gaithersburg's Athletics Director. Rather, he was simply "vacated" from his position.

193. Mr. Gant still works for Montgomery County Public Schools as of the date of this filing.

194. The Board's termination of Mr. Hawkins was discriminatory and the result of its disparate treatment of Mr. Hawkins.

195. Defendant treated Mr. Hawkins worse on account of his race and ultimately terminated him at least in part because of his race.

196. Mr. Hawkins is eminently qualified to coach football.

197. Yet, Mr. Hawkins' coaching career has been derailed because of Defendant's discriminatory conduct.

198. He has been turned down from jobs that he is otherwise qualified to obtain because of the Board's conduct.

199. This consequence is exemplified by the statements of Mount Vernon High School's staff who told Mr. Hawkins that he would not be interviewed to coach the Mount Vernon High School football team despite his excellent qualifications because of his termination and resulting press. Mount Vernon High School did not in fact hire Mr. Hawkins.

200. Mr. Hawkins has also suffered from anxiety and depression, which have further hindered his coaching career and everyday life, and caused Mr. Hawkins to resign as Defensive Coordinator of Dr. Henry A. Wise, Jr. High School.

201. Mr. Hawkins has suffered significant damage as a result of Defendant's conduct, including, but not limited to, economic loss, emotional and mental distress, anguish, embarrassment, reputational harm, and humiliation.

202.    Defendant's actions, by and through the conduct of its agents, directly and proximately caused all injuries and damages sought herein.

203.    Defendant committed this race-based discrimination against Mr. Hawkins knowingly, intentionally, and maliciously.  As a result, Mr. Hawkins is entitled to an award of economic damages, plus interest, compensatory and punitive damages, litigation costs, and reasonable attorneys' fees.

WHEREFORE, the Plaintiff Travis Hawkins demands (a) judgment against Defendant Montgomery County Board of Education; (b) economic damages, compensatory damages, and punitive damages in an amount to be proven at trial but in no event less than $75,000; (c) reasonable attorneys' fees and costs; and (d) such further and additional relief as the nature of the case may require and which this Honorable Court shall deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims so triable.

Respectfully submitted,

*/s/*
Timothy F. Maloney, Fed. Bar ID #03381
Alyse L. Prawde, Fed. Bar #14676
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
301/220-1214 (fax)
tmaloney@jgllaw.com
aprawde@jgllaw.com

*/s/*
Joshua Bienstock
Bienstock Law, LLC
21 Church St., Suite 600,
Rockville, MD 20850
josh@bienstocklegal.com
*Counsel for Plaintiff*

25